# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

CHAMPIONS LEAGUE, INC. AND
CHAMPIONS LEAGUE PARTNERS,
INC.,

Civil Action No. 17-cv-07389(LTS)

          Plaintiffs,

**AFFIDAVIT OF JEFF KWATINETZ**

v.

BIG3 BASKETBALL, LLC,

          Defendant.

-------------------------------------------X

Jeff Kwatinetz, being duly sworn, hereby deposes and says:

1. I have knowledge of the following facts and if called as a witness could and would testify to them.

2. I am a citizen and resident of the State of California and have been so since I graduated high school and moved directly to Los Angeles, California in the Summer of 1991. Since then, I have worked and lived in Los Angeles, California continuously and without break.

3. Since 1991, I have only voted in California.

4. Since 1991, I have paid taxes as a citizen of California.

5. Since 1991, I have had a California driver's license.

6. I am an active member of the California State Bar.



7.    I was married in Los Angeles, California in 2016 and my marriage license is from the State of California.

8.    I currently live with my wife and newborn baby girl in California. Our daughter was born in a California hospital and will be treated by a California pediatrician.

9.    At no time since I was eight years old when I moved from Brooklyn, NY to Marlboro, NJ with my family in 1972, have I been a resident of New York. While I purchased an apartment in New York City several years ago, it served as a place to stay when I was visiting New York City on business or vacationing there. That condominium is currently listed for sale.

10.    I do not have an office in New York, I do not have a mailing address, business address, telephone number, or facsimile number in New York, and I do not maintain a bank account in the State.

11.    I am not directly a member of Big3 Basketball, LLC. Rather, I am the only member of BEK, LLC, which is a member of Big3. BEK, LLC is and has always been domiciled in California. The composition of members of BEK, LLC has existed since the filing of the Complaint by Plaintiffs on September 1, 2017 and has remained unchanged since then.

12.    I am also a member of Cube Vision, LLC, which is a member of Big3. Cube Vision, LLC is and has always been domiciled in California. The only other

member of Cube Vision, LLC is O'Shea Jackson (also known as "Ice Cube"). Mr. Cube is a California resident and citizen as well. The composition of members of Cube Vision, LLC and the domiciles of its members has existed since the filing of the Complaint by Plaintiffs on September 1, 2017 and has remained unchanged since then.

Executed on November 1, 2017 in Los Angeles, California.

By: _____

JEFF KWATINETZ