(Exhibit 3)

< 32    **Mike**    ⓘ

Carl. Mike Bibby. Trying to see what's going on with New York

Tue, Aug 1, 02:30

Call me when u get a chance. They won't let guys play in both

The Big3 ends August 26th

Tue, Aug 8, 18:55

Mike can you call when you get a