USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 58
DATE FILED: 7-27-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHAMPIONS LEAGUE, INC. et al.,

Plaintiffs,

17-CV-7389 (LTS) (KHP)

-against-

**REPORT & RECOMMENDATION**

BIG3 BASKETBALL, LLC et al.,

Defendants.
-------------------------------------------------------------------X

**TO: THE HONORABLE LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE**
**FROM: KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 14, 2018, the undersigned granted Plaintiffs' former counsel's motion to withdraw as counsel of record. (Doc. No. 42.) The Court then ordered Plaintiffs to obtain new counsel by July 9, 2018, or the case may be dismissed for failure to prosecute. (Doc. No. 44.) On July 6, 2018, Mr. Carl George, Chairman of Champion's League, Inc. faxed a letter to the Court seeking an extension of time for Plaintiffs to obtain new counsel, which the Court granted. (Doc. No. 51.) On July 10, 2018, Defendants filed a letter requesting that the Court dismiss the action with prejudice because Plaintiffs failed to obtain new counsel. (Doc. No. 49.) As the Court had extended Plaintiffs' deadline to obtain new counsel, and as Plaintiffs have obtained new counsel who have duly filed notices of appearances in this action, this Court recommends that Defendants' request (at doc. no. 49) be denied as moot.

**Respectfully submitted,**

DATED:   New York, New York
         July 27, 2018

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge

The foregoing recommendation is adopted. DE # 49 resolved.

SO ORDERED:

_____  7/27/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE