UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CHAMPIONS LEAGUE, INC. et al.,

       Plaintiffs,

  -v-                                                       No. 17 CV 7389-LTS-KHP

BIG3 BASKETBALL, LLC et al.,

       Defendants.

-------------------------------------------------------x

ORDER

LAURA TAYLOR SWAIN, United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

       The Court has reviewed Magistrate Judge Parker's September 17, 2018 Report and Recommendation (the "Report") (docket entry no. 70) which recommends that the Court deny Defendants' motion seeking dismissal of this action with prejudice and sanctions under Federal Rule of Civil Procedure 11. Plaintiffs have already voluntarily dismissed this action (docket entry no. 66). No objections to the Report have been received.

       In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Parker's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Defendants' motion for sanctions is denied and Plaintiffs' voluntary dismissal is without prejudice.

This Order resolves docket entry no. 67. This case shall remain closed on the docket of this Court.

SO ORDERED.

Dated: New York, New York
January 23, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge